Case 10-40440   Doc 38   Filed 03/16/12   Entered 03/16/12 11:21:49   Desc Main
Document      Page 1 of 1

Page 1

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: March 15, 2012

Case Number: 10-40440
Debtor Name: NOWIK, JOHN M.

Claimant's Name Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 001 3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative<br>ATTY FOR TR - FEES (TR. FIRM)<br>Attorney for Trustee fees | $8,775.00 | $0.00 | $8,775.00 |
| 001 3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative<br>ATTY FOR TRUSTEE EXP (TR. FIRM) | $41.66 | $0.00 | $41.66 |
| | Subtotal For Claim 3120-00 | | $8,816.66 | $0.00 | $8,816.66 |
| | Case Totals: | | $8,816.66 | $0.00 | $8,816.66 |

Code #: Trustee's Claim Number, Priority Code, Claim Type