UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
NOWIK, JOHN M. § Case No. 10-40440
NOWIK, TAMMY L. §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKR. CT
219 S. DEARBORN STREET
7TH FLOOR
CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 04/12/2012 in Courtroom 680,

United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/13/2012     By: /s/ Andrew J. Maxwell
                                           Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
NOWIK, JOHN M. § Case No. 10-40440
NOWIK, TAMMY L. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 71,515.30 |
| and approved disbursements of | $ | 42,579.69 |
| leaving a balance on hand of[1] | $ | 28,935.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 6,075.77 | $ 0.00 | $ 6,075.77 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 8,775.00 | $ 0.00 | $ 8,775.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 41.66 | $ 0.00 | $ 41.66 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 14,892.43 |
| Remaining Balance | $ 14,043.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,873.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 9,883.69 | $ 0.00 | $ 2,015.27 |
| 000002 | Chase Bank USA, N.A. | $ 36,403.01 | $ 0.00 | $ 7,422.51 |
| 000003 | Sallie Mae | $ 14,992.87 | $ 0.00 | $ 3,057.02 |
| 000004 | GE Money Bank | $ 3,310.50 | $ 0.00 | $ 675.01 |
| 000005 | GE Money Bank | $ 4,283.40 | $ 0.00 | $ 873.37 |

Total to be paid to timely general unsecured creditors    $ 14,043.18

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
                Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-40440-JPC
John M. Nowik                                                       Chapter 7
Tammy L. Nowik
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: nmolina              Page 1 of 2              Date Rcvd: Mar 14, 2012
                                Form ID: pdf006            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2012.
db/jdb      +John M. Nowik,    Tammy L. Nowik,    8520 W. Agatite Avenue,    Chicago, IL 60656-4119
aty         +Maxwell Law Group LLC,    105  West Adams Suite 3200,    Chicago, IL 60603-6209
16112215    +Capital One,   Attn: Bankruptcy Department,    P.O. Box 85167,    Richmond, VA 23285-5167
16112216     Chase,    PO Box 15153,   Wilmington, DE 19886-5153
16992653     Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16112218    +Donna & Vincent Barbabella,    6002 Amberly Avenue,    Orlando, FL 32822-4203
16112219    +First American Bank,   Loan Operations,    P.O. Box 307,   Hampshire, IL 60140-0307
16112220     Juniper,    Card Services,   P.O. Box 13337,   Philadelphia, PA 19101-3337
16112222    +Rush Oak Park Hospital,    520 S. Maple Avenue,    Oak Park, IL 60304-1097
16112225    +Stefan & Zofia Nowik,    3611 N. Newland,   Chicago, IL 60634-2373
16112226    +Wells Fargo Home Mortgage Inc.,    3480 Stateview Blvd.,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16112214    +E-mail/Text: cms-bk@cms-collect.com Mar 15 2012 04:03:10     Capital Management Services,
              726 Exchange Street- Suite 700,    Buffalo, NY 14210-1464
16112217     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 15 2012 05:21:41     Discover,   P.O. Box 6103,
              Carol Stream, IL 60197-6103
16930936     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 15 2012 05:21:41     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
17307384     E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2012 05:23:58     GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16112221     E-mail/Text: bnckohlsnotices@becket-lee.com Mar 15 2012 04:00:46     Kohl's,   P.O. Box 2983,
              Milwaukee, WI 53201-2983
16112223     E-mail/PDF: pa_dc_claims@salliemae.com Mar 15 2012 05:28:22     Sallie Mae,   PO Box 9500,
              Wilkes Barre, PA 18773-9500
17181084    +E-mail/PDF: pa_dc_claims@salliemae.com Mar 15 2012 05:24:43     Sallie Mae,   c/o Sallie Mae Inc.,
              220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
16112224    +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2012 05:23:58     Sam's - GE Money Bank,
              Attn: Bankruptcy Department,   PO Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 16, 2012              Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: nmolina              Page 2 of 2                  Date Rcvd: Mar 14, 2012
                              Form ID: pdf006            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2012 at the address(es) listed below:
         Andrew J Maxwell    on behalf of Trustee Andrew Maxwell maxwelllawchicago@yahoo.com,
          trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwe
          llandpotts.com;maseay@maxwellandpotts.com
         Andrew J Maxwell    maxwelllawchicago@yahoo.com,
          amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com
         Jaclyn H. Smith    on behalf of Trustee Andrew Maxwell jhsmith@maxwellandpotts.com,
          preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
          naelipas@maxwellandpotts.com
         Kelly  Smith    on behalf of Debtor John Nowik court@sbhpc.net,    colleen@sbhpc.net
         Nicole A Elipas    on behalf of Trustee Andrew Maxwell naelipas@maxwellandpotts.com,
          maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwell
          andpotts.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Vikram R Barad    on behalf of Trustee Andrew Maxwell vbarad@maxwellandpotts.com,
          maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com,
          jhsmith@maxwellandpotts.com
                                                                                                                                                                                             TOTAL: 7