UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
NOWIK, JOHN M.                      §    Case No. 10-40440
NOWIK, TAMMY L.                     §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>  CHAPTER 7 ADMIN. FEES<br>  AND CHARGES<br>  (from **Exhibit 4**)<br><br>PRIOR CHAPTER<br>  ADMIN. FEES AND<br>  CHARGES (from **Exhibit 5**)<br><br>  PRIORITY UNSECURED<br>  CLAIMS (from **Exhibit 6**)<br><br>GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                               Trustee

     **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOHN M. NOWIK |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | First American Bank Loan Operations P.O. Box 307 Hampshire, IL 60140 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage Inc. 3480 Stateview Blvd. Fort Mill, SC 29716 | | | | | |
| | COGHLAN & KUKANKOS, LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| ROBERT O. KRUMBACHER | | | | | |
| ROBERT O. KRUMBACHER | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital Management Services 726 Exchange Street- Suite 700 Buffalo, NY 14210 | | | | | |
| | Capital One Attn: Bankruptcy Department P.O. Box 85167 Richmond, VA 23285 | | | | | |
| | Chase PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Donna & Vincent Barbabella 6002 Amberly Avenue Orlando, FL 32822 | | | | | |
| | Juniper Card Services P.O. Box 13337 Philadelphia, PA 19101-3337 | | | | | |
| | Kohl's P.O. Box 2983 Milwaukee, WI 53201-2983 | | | | | |
| | Rush Oak Park Hospital 520 S. Maple Avenue Oak Park, IL 60304-0197 | | | | | |
| | Sallie Mae PO Box 9500 Wilkes Barre, PA 18773-9500 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sam's - GE Money Bank Attn: Bankruptcy Department PO Box 103104 Roswell, GA 30076 | | | | | |
| | Sam's - GE Money Bank Attn: Bankruptcy Department PO Box 103104 Roswell, GA 30076 | | | | | |
| | Stefan & Zofia Nowik 3611 N. Newland Chicago, IL 60634 | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000004 | GE MONEY BANK | | | | | |
| 000005 | GE MONEY BANK | | | | | |
| 000003 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-40440 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | NOWIK, JOHN M. | | | | Date Filed (f) or Converted (c): | 09/09/10 (f) |
| | NOWIK, TAMMY L. | | | | 341(a) Meeting Date: | 11/09/10 |
| For Period Ending: | 05/16/12 | | | | Claims Bar Date: | 06/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENTIAL REAL ESTATE LOCATED AT 8520 W. AGATITE | 221,250.00 | 0.00 | | 0.00 | 0.00 |
| 2. NATIONAL CITY BANK CHECKING ACCOUNT IN DEBTORS' PO | 20.00 | 0.00 | | 0.00 | 0.00 |
| 3. NATIONAL CITY BANK CHECKING ACCOUNT IN DEBTORS' PO | 498.00 | 0.00 | | 0.00 | 0.00 |
| 4. NATIONAL CITY BANK CHECKING ACCOUNT IN DEBTORS' PO | 74.00 | 0.00 | | 0.00 | 0.00 |
| 5. HOUSEHOLD GOODS IN DEBTORS' POSSESSION | 2,000.00 | 1,325.00 | DA | 0.00 | 0.00 |
| 6. MISCELLANEOUS COMPACT DISCS IN DEBTORS' POSSESSION | 5.00 | 5.00 | | 0.00 | 5.00 |
| 7. CLOTHING IN DEBTORS' POSSESSION | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. MISCELLANEOUS JEWELRY IN DEBTORS' POSSESSION | 200.00 | 200.00 | DA | 0.00 | 0.00 |
| 9. MISCELLANEOUS PHOTOGRAPHIC EQUIPMENT IN DEBTORS' P | 50.00 | 50.00 | DA | 0.00 | 0.00 |
| 10. FIREARMS IN DEBTORS' POSSESSION | 200.00 | 0.00 | | 0.00 | 0.00 |
| 11. PENSION | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12. POSSIBLE PERSONAL INJURY CLAIM AGAINST DARIUS MOOR | 0.00 | Unknown | | 60,000.00 | Unknown |
| 13. POSSIBLE MEDICAL MALPRACTICE CLAIM AGAINST DR. HAN | 0.00 | Unknown | | 0.00 | Unknown |
| 14. 1999 FORD ECONOLINE, 135,000 MILES IN DEBTORS' POS | 1,550.00 | 0.00 | | 0.00 | 0.00 |
| 15. 1994 FORD EXPLORER, 134,000 MILES IN DEBTORS' POSS | 775.00 | 0.00 | | 0.00 | 0.00 |
| 16. 2004 HYUNDAI ELANTRA, 55,000 MILES IN DEBTORS' POS | 3,800.00 | 0.00 | | 0.00 | 0.00 |
| 17. 2000 HARLEY-DAVIDSON DYNA SUPER GLIDE, 4,000 MILES | 4,780.00 | 0.00 | | 0.00 | 0.00 |
| 18. ONE (1) CAT, ONE (1) HAMSTER AND ONE (1) TURTLE IN | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19. TAX REFUND (u) | Unknown | 11,513.00 | | 11,513.00 | 0.00 |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.64 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $236,202.00 | $13,093.00 | | $71,515.64 | $5.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 10-40440    JPC    Judge: JACQUELINE P. COX | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: NOWIK, JOHN M. | Date Filed (f) or Converted (c): 09/09/10 (f) |
| NOWIK, TAMMY L. | 341(a) Meeting Date: 11/09/10 |
| | Claims Bar Date: 06/03/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-NA filed in error 1-28-11 /Withdrawn 1/31/11

-non-exempt tax refund recovered April 2011

-asset notice filed and POC bar date set for 6-03-11

-investigating PI settlement (special counsel employed)


Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/12

LFORM1    Ver: 16.06a
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-40440 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | NOWIK, JOHN M. | | Bank Name: | Bank of America, N.A. |
| | NOWIK, TAMMY L. | | Account Number / CD #: | *******4539 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5274 | | | |
| For Period Ending: | 05/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/30/11 | 19 | JOHN M. NOWIK<br>8520 W. AGATITE AVENUE<br>CHICAGO, IL 60656 | TAX REFUND | 1224-000 | 11,513.00 | | 11,513.00 |
| 04/29/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 11,513.08 |
| 05/31/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,513.18 |
| 06/30/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,513.27 |
| 07/29/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,513.36 |
| 08/16/11 | 12 | LARRY L FLEISCHER AND ASSOC<br>205 W. RANDOLPH ST., SUITE 2200<br>CHICAGO, IL 60606 | personal injury proceeds | 1142-000 | 60,000.00 | | 71,513.36 |
| 08/30/11 | 000101 | JOHN M. NOWIK<br>8520 W. AGATITE AVENUE<br>CHICAGO, IL 60656 | PI Exemption<br>per court order entered 6/1/11 | 8100-002 | | 15,000.00 | 56,513.36 |
| 08/30/11 | 000102 | Robert O. Krumbacher<br>Larry L. Fleischer & Associates, Ltd<br>205 W. Randolph St. Ste 2200<br>Chicago, IL 60606 | Special Counsel Fees & Costs<br>per court order entered 6/1/11 | | | 21,973.42 | 34,539.94 |
| | | | Fees 20,000.00 | 3210-000 | | | |
| | | | Expenses 1,973.42 | 3220-000 | | | |
| 08/30/11 | 000103 | Coghlan & Kukankos, LLC<br>161 N. Clark Street Ste 1325<br>Chicago, IL 60601 | Payment of medical lien<br>City of Chicago Medical Lien paid per court order<br>entered 6/1/11 (for medical lien) | 4220-000 | | 5,454.49 | 29,085.45 |
| 08/31/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 29,085.77 |
| 09/30/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.38 | | 29,086.15 |
| 10/31/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 29,086.43 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 42.21 | 29,044.22 |
| 11/30/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 29,044.46 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 35.81 | 29,008.65 |

Page Subtotals    71,514.58    42,505.93

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2
Page: 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No: | 10-40440 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | NOWIK, JOHN M. | | Bank Name: | Bank of America, N.A. |
| | NOWIK, TAMMY L. | | Account Number / CD #: | *******4539 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5274 | | | |
| For Period Ending: | 05/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 29,008.89 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 35.76 | 28,973.13 |
| 01/31/12 | 20 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 28,973.38 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 38.00 | 28,935.38 |
| 02/29/12 | 20 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 28,935.61 |
| * 03/08/12 | | John Nowik | payment to Debtor for PI exemption | 8100-003 | 15,000.00 | | 43,935.61 |
| * 03/08/12 | | Reverses Adjustment IN on 03/08/12 | payment to Debtor for PI exemption | 8100-003 | -15,000.00 | | 28,935.61 |
| 03/26/12 | 000104 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 24.17 | 28,911.44 |
| 03/30/12 | 20 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 28,911.68 |
| 04/13/12 | 20 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 28,911.78 |
| * 04/13/12 | 000105 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | COMPENSATION - TRUSTEE Final Distribution | 2100-003 | | 6,075.77 | 22,836.01 |
| * 04/13/12 | 000105 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | COMPENSATION - TRUSTEE | 2100-003 | | -6,075.77 | 28,911.78 |
| * 04/13/12 | 000106 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM) Final Distribution | 3110-003 | | 8,775.00 | 20,136.78 |
| * 04/13/12 | 000106 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM) | 3110-003 | | -8,775.00 | 28,911.78 |

Page Subtotals  1.06   97.93

Ver: 16.06a

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-40440 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | NOWIK, JOHN M. | | Bank Name: | Bank of America, N.A. |
| | NOWIK, TAMMY L. | | Account Number / CD #: | *******4539  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5274 | | | |
| For Period Ending: | 05/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 04/13/12 | 000107 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TRUSTEE EXP (TR. FIRM)<br>Final Distribution | 3120-003 | | 41.66 | 28,870.12 |
| * 04/13/12 | 000107 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TRUSTEE EXP (TR. FIRM) | 3120-003 | | -41.66 | 28,911.78 |
| 04/13/12 | | Transfer to Acct #*******5347 | Final Posting Transfer | 9999-000 | | 28,911.78 | 0.00 |

|  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| | COLUMN TOTALS | | 71,515.64 | 71,515.64 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 28,911.78 | |
| | Subtotal | | 71,515.64 | 42,603.86 | |
| | Less: Payments to Debtors | | | 15,000.00 | |
| | Net | | 71,515.64 | 27,603.86 | |

Page Subtotals        0.00        28,911.78

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-40440 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | NOWIK, JOHN M. | | Bank Name: | Bank of America, N.A. |
| | NOWIK, TAMMY L. | | Account Number / CD #: | *******5347 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5274 | | | |
| For Period Ending: | 05/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/13/12 | | Transfer from Acct #*******4539 | Transfer In From MMA Account | 9999-000 | 28,911.78 | | 28,911.78 |
| 04/18/12 | 001001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | COMPENSATION - TRUSTEE<br>Final Distribution | 2100-000 | | 6,075.77 | 22,836.01 |
| 04/18/12 | 001002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM)<br>Attorney for Trustee fees - Final Distribution | 3110-000 | | 8,775.00 | 14,061.01 |
| 04/18/12 | 001003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TRUSTEE EXP (TR. FIRM)<br>Final Distribution | 3120-000 | | 41.66 | 14,019.35 |
| 04/18/12 | 001004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-000 | | 2,011.85 | 12,007.50 |
| 04/18/12 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final Distribution | 7100-000 | | 7,409.91 | 4,597.59 |
| 04/18/12 | 001006 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Final Distribution | 7100-000 | | 3,051.83 | 1,545.76 |
| 04/18/12 | 001007 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final Distribution | 7100-000 | | 871.89 | 673.87 |
| 04/18/12 | 001008 | GE Money Bank | Final Distribution | 7100-000 | | 673.87 | 0.00 |
| | | | Page Subtotals | | 28,911.78 | 28,911.78 | |

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-40440 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | NOWIK, JOHN M. | | Bank Name: | Bank of America, N.A. |
| | NOWIK, TAMMY L. | | Account Number / CD #: | *******5347 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5274 | | | |
| For Period Ending: | 05/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | | | | | |

```
                                                    COLUMN TOTALS              28,911.78        28,911.78           0.00
                                        Less:  Bank Transfers/CD's             28,911.78             0.00
                                    Subtotal                                        0.00        28,911.78
                                        Less:  Payments to Debtors                                   0.00
                                    Net                                             0.00        28,911.78
                                                                                                     NET         ACCOUNT
                                    TOTAL - ALL ACCOUNTS                     NET DEPOSITS    DISBURSEMENTS        BALANCE
              Money Market - Interest Bearing - ********4539                    71,515.64        27,603.86           0.00
              Checking Account (Non-Interest Earn - ********5347                     0.00        28,911.78           0.00
                                                                             ------------    -------------     ------------
                                                                                71,515.64        56,515.64           0.00
                                                                             ============    =============     ============
                                                                            (Excludes Account (Excludes Payments  Total Funds
                                                                               Transfers)         To Debtors)       On Hand
```

Page Subtotals    0.00    0.00

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)